UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY ELLIOTT,<br><br>Petitioner,<br><br>v.<br><br>PERRY RUSSELL, et al.,<br><br>Respondents. | Case No. 3:20-cv-00529-RCJ-CLB<br><br>ORDER |

Pro se 28 U.S.C. § 2254 habeas corpus petitioner Anthony Elliott has filed a motion for extension of time to respond to respondents' motion to dismiss (ECF No. 15). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to respond to the motion to dismiss (ECF No. 15) is **GRANTED**. Petitioner must file his response on or before September 13, 2021.

DATED: 23 August 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1